United States Courts
District of Texas
FILED
JAN 12 2016
David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JURY TRAIL | ) | **IN FORMA PAUPERIS** |
| ANTHONY HENDERSON | ) | |
| ARTS & ARTISTS INC. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | |
| NIKE, NFL, NBA, FAMILY DOLLARS | ) | |
| ADIDAS, UNDER AMOUR, CITI-TREND | ) | |
| WAL-MART, NCAA, MSL, AND 1, UNDER | | |
| AMOUR et al. | | |

Defendants Consolidated Lawsuit

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW ANTHONY HENDERSON AND ARTS & ARTISTS INC.  the plaintiff in the above entitled and numbered cause and respectfully moves this court grant this civil consolidated lawsuit against the defendants Nike, National Football League, National Basketball Association, Family Dollars, Adidas, National Collegate Conference Assocation, Wal-Mart, Major League Soccer, Under Amour, and And 1.

1.

I Anthony Henderson the Founder, President, and C.E.O. of Arts & Artists Inc. Totally Unlimited Productions and Just Living Fashion Company first designed the company Reparation Designer Line Apparel for Just Living Fashion Company a subsidiary of Arts & Artists Inc. in 2002 with hand drawings and later marketed the computerized copyright model, anatomy design concept on Facebook Page May 2, 2014. The advertisement on Facebook announced my company wanted to enter Copyright Licensing Agreement for the Intellectual Property to prospect interested buyer of the design concept for the amount of $10 Million or the best offer as the evidence will attest to. My company was founded in 1982 as a small 100% Black theatrical production company and later became a product development company who over the years continue to develop independent product designs here in my Houston, TX. location and Shreveport Louisiana and we have suffered many copyright infringements but it was difficult to catch the corrupt.

2.*

Every company begin using my company design concept without any Copyright Licensing Agreement in place nor did any company receive my company permission, or contact my company before manufacturing, marketing, retailing my company design concept without offering my company any just compensation my company design concept and intellectual property which was posted on the Facebook advertisement list as my public notice to every company whom had a good faith attention of entering an agreement with my company. It should

1

be obvious to the court that none of these companies had any good faith intentions before mass producing my company design concept without just compensation or approval from my company.

3.*

Every Company had my company contact information which was listed on the Facebook Advertisement, however, not one of the these companies contact me or my company by phone or letter before maliciously exploiting my company design concept and every must conspired to use my company design without any intention of compensating my company for it designs. What is the odd that every company ending up exploiting the same design concept, and every company did the same copyright infringement, intellectual property theft, product design concept fraud, and racketeer my company design.

4.*

Presently every company is still using my company design concept and intellectual property without independently compensating me or my company for our creative contribution. I Anthony Henderson will prove to the court with a ponderous evidences that every defendant is guilty of Copyright Infringement, Intellectual Property Theft, define as the **"Stealing of Ideas"**. My company has suffered trendmenous loses at the hand of these copyright infringers and intellectual property thieves whom are employees of these corporations.

5.

I Anthony Henderson contacted every company legal departments, Commissioner and C.E.O.'s attempting to avoid this lawsuit only 2 company replied Wal-Mart, and Citi-Trend with letter of denial and none of the other companies ever did reply or respond no matter how many attempts I attempted to contact them via letter, emails, and faxes. Every company only aggravated my company civil and criminal claims and they continue to cause unnecessary pain and suffering, and mental anguish to me individually as well as my company Arts & Artists Inc. & Just Living Fashion Company.

6.*

One day while I was shopping at Family Dollars in Houston, TX. at Main Street Store location I Anthony Henderson spotted my company copyrighted design concept, and intellectual property on the shelves of Family Store with **"Substantial Similarity"** as my company design with the number 02 at the thigh level of their company design. I took picture of the design concept on my phone, posted the stolen design on my Facebook Account which was later delete by the government and this military corporation. I noted to th#4:15-CV-03576 eir companies in my December 1, letter and established the evidence in my civil lawsuit Anthony Henderson vs. Harris County Criminal Court System. Like the rest of the company Family Dollars Legal Department fail to contact me and company to resoive my claim before this lawsuit.

7.

I Anthony Henderson began tracking my company design on the retail store floor level and begin the discovered my company design concept retailing all over the city of Houston, TX. and began noticing people all over Houston wearing my company design concept along with being televised on television by the NFL, NBA, Nike, Adidas, and all the other the listed defendants in this consolidate civil and criminal action. The only thing only the company did was replace my company brand name and numbered body location with their brand name in the same location as the picture evidence and exhibit will prove to the court. On December 1, 2015 I notified every

2

company of the situation and request that they cease manufacturing, distributing, and retailing my company design until we could put in place copyright licensing agreement.

8.*

I the plaintiff must consider this was done with malice and malicious intent after my company sent them many letters, emails and faxes throughout 2015 Super Bowl and the NBA Championship as they continue exploit my company design without just compensation. If this was done under Military Martial law the government under the constitution must provide my company and I the plaintiff just compensation under the 5th Amendment. If this was done not under Military Martial Law every company has the same responsible to justly compensate my company for its creative contribution for it work done under the same constitution protection. The claim before the court is not only copyright infringement, harassment, racketeering of my company product design, and intellectual property theft but most importantly the citizen of the United States of America property rights.

9.*

The NFL and the NBA for many years as a part of their televised announcement inform their fans they cannot duplicated the NFL and the NBA live event without the "EXPRESS WRITTEN PERMISSION OF THE NFL, THE NBA, and MSL". All of these sport franchisers want the copyright laws to protect their company product from copyright infringement and want the government to consider their live sport cast to be their product and copyright property. Even though these live sporting events never reaches the Library of Congress before the telecast reaches their fans. Does not their live telecast and all live events remain the intellectual property of these sport media corporation giants. If so then my company property remains my company property without the Library of Congress certification. However, the computerized history and the hard copy history of my company will prove the work and intellectual property was design by Anthony Henderson-Joseph Omo Omuari for Arts & Artists Inc. and Just Living Fashion Company and was market and advertised as product of my company.

10. *

While shopping at Citi-Trend Houston, TX. location on Old Spanish Trail I discovered their variation of my company Reparation design concept being retail on it floor rack along with their variation of my Hard Time Raggedy Jeans concept which was stolen out of the United States of America Southern District Federal Court. Even though I received a respond Citi-Trend and Wal-Mart both company continue to ignore my request as well as all of these companies refuse to resolve and settle this claim out of court with the good faith contactual agreement along with all the rest the defendants but they continue.l to aggressive market and sale my of company design concept and intellectual property in tne intellectual market place without a Copy Right Licensing Agreement in place. Every company continue to do the same thing over and over again continuing to copyright infringe, engage in intellectual property theft, racketeering, and corporate malfeasance. I noted these facts in my lawsuit of Anthony Henderson & Arts & Artists Inc. vs. Harris County Court and provide them with the lawsuit information yet all these companies as of today continue their malicious corporate conduct. Major League Soccer blatantly began copyright infringing and engages in intellectual property theft by sporting the number on the knee design concept on their soccer team uniforms which caught on soccer leagues all over the world.

### 11.*

I Anthony Henderson received a letter from Lazarus and Lazarus claiming to represent Citi-Trend denying my company position and requesting my company should not contact them anymore. I Anthony Henderson sent a letter to the Citi-Trend requesting confirmation from their corporate headquarter that Lazarus and Lazarus was the law firm that was representing them. As of the day of this lawsuit I have yet to hear anything from Citi-Trend corporate headquarter or the law firm Lazarus and Lazarus to resolve and settle my claim with this company. Meanwhile because all the companies begin exploiting my design concept and flooding the market uncontrollably without any compensation to my company is suffering financial damages. Wal-Mart also respond, however, with the same position as Citi-Trends, also Nike did respond, however, basically with the same position as Citi-Trend, Wal-Mart, and Nike. Under Amour was a brand new that came on America marketplace engaging with the same type of corporate civil and criminal behavior as the other companies. I never heard of this company before Military Martial Law came into existence and just maybe this is one company of the government owned Military Corporation.

### 12.*

Even though, I Anthony Henderson attempted enter a good faith negotiate agreement several times with all these companies. Their abusive corporate behavior continues over and over again without any of these companies neither acknowledging their guilt nor attempting to correct my company claim without this lawsuit. Nike continue their abusive corporate behavior and even market company design concept on the Olympic Trail and Olympic Games 2016 along with the other companies including Adidas, and Under Amour. Nike even market my company swimsuit design on the 2016 Olympic Games. A company design that I only was placed photographically in Houston, TX. United States District Southern District Court of TX., here in Houston, TX. Later I discover the same designed place on the rack at Wal-Mart here in Houston, TX. At its Crosstimber location over and over again copyright infringing on my companies design concept. I thought to myself who are these people.

### 13.*

Adidas is another company who continue its corporate abuse by continuing marketing my company design concept. I suspect under Military Marital Law under this administration the government had the Navy and Army daily monitoring my company design. As the government continue daily to harass my company while funneling my company design to private owned corporation managed by military personnel as demonstrated in Fraternity Product Theft Flow Chart. While I was working on the jumpsuit design where I picked out blank white jumpsuits, the next day I suspect the Navy and Army digitize the Adidas brand name into the jumpsuit. An these European sport brands had lost it market position in the America sport wear industry. Many of these companies are European companies who market their products in America. They had complete lost their market share in America and began exploiting my company design to regain their market share in the America Sport Apparel industry without justly compensating a Black America citizen, a Black American designer and a Black America company who did the product design concept.

### 14.*

Today Nike is exploiting my company design concept on many of America sporting event including the NCAA (National Colligate Athletic Association.) I sent the NCAA the same letters and spoke with one of their representative, however, they did the same as the rest of the

corporate America leaders and as of today continue to engage in their corporate abuse to a small Black American corporation. As of the today they to continue to market my company design concept and intellectual property on the regular schedule televised sporting event all over America and the world.  Once again without acknowledging my company creative contribution and racketeering my company design without compensating my company for it creative contribution.

15.

And 1 was another sport apparel company that had disappeared from the sport apparel market and began to exploit my company design concept and intellectual property without permission nor any type of copyright licensing agreement in place that I offered and requested on my company Facebook advertisement and they to engaged in racketeering my company design compensate without providing me and company any compensation. And 1 is another I forward letters and faxes in attempt to negotiate with their company in good faith to resolve in settle this issue out of court, however, And 1 refuse to comply with company request and like the other ignore my company request and failed to respond nor reply in any type or form of communication with my company.

16.*

Major League Soccer was another sport leagues that starting sporting my company design on their soccer uniform all over the world and the international soccer community which was well televised during every MSL soccer sporting event. But like the other Major League Sport League they did not have permission to use my company design concept on the soccer league uniforms which is plain as day the number on their soccer league uniforms. I Anthony Henderson the plaintiff and Arts & Artists Inc. contacted Major League Soccer over the phone, I faxed them, and mail them the same request I offered every company to receive who was exploiting my company designs without just compensation. However, once again they to failed to respond or reply to my company request to stop infringing my company intellectual property and  at every attempt I tried to get them to stop stealing my company intellectual property and engaging in racketeering. But they refuse to adhere to the my company request and warning of the criminal and civil actions that could be involved.

17.*

Under Amour was another company that pop up out of the blue with my company concept on their sport attire and also advertised m, company design on all their of sport wear including at the 2016 Olympic Trail and Olympic Games. Just like the other companies I advised Under Amour of the same thing and attempted to independently negotiate a good faith transaction with their company. But just like the rest to companies they refuse to acknowledge any type of communication in which by regular mails, faxes and telephone calls. Their company also refused to justly compensate by company creative contribution to their sport apparel and did the same thing just simply replace company brand name with their in same the location of their sport apparel. However, once again they to fail to respond or reply to my company request to stop infringing my company intellectual property and every attempt tried to get them to stop stealing my company intellectual property and engaging in racketeering they refuse to adhere to the my company request and warning of their criminal and civil actions that could be involved.

**18.\***

I attempted negotiate with every company the same deal. First, my company offered every company $2 Million copyright licensing agreement in 2015 when my company first discovered they were using and marketing my company design on TV, and in the retail market. I asked every company to cease manufacturing, distributing, and retailing my company design concept until we had agreement in place. Once again every company refused to acknowledge my company request and continue manufacturing, distributing, and retailing me and my company Reparation Apparel Design Concept that I first market on Facebook for a $10 Million. I offer buy out of the entire collection which include several design concept type on different sport and active wear for me and women. A year passed and every company continues to do the same thing. Then I offer in 2016 every company another good faith negotiable offer of $2 Million Dollars for past use and another $2 Million Dollar for past present and future use and this issue would have been resolved and settle. However, every company refused to negotiate or settle this issue out of court when they all are guilty of copyright infringement, intellectual property theft, conspiracy, and racketeering none of these companies and can defend their action.

**19.\***

The NBA the National Basketball Association was another sport league who began to exploit my company design concept on their basketball uniform. Just like the other company they replaced my company brand name and design concept location with their team brand name in the same locations. The NBA team just replace my company brand name with their, however, they did not use the number on the basketball short which is my company original design. However, the NBA did cease placing my design concept on their basketball uniform; however, they never cease placing the design on their shorts, and basketball jump suit. In one of my company letter I offer the NBA the same negotiable deal I offer every company. I even suggested to the NBA my company wanted them to have the number place on their basketball uniform. However, Nike beat them to jump by placing the number on their company 2016 Olympic Trail and Olympic Games uniform on so many international state sport uniforms. Once again without justly compensating my company for it works. However, once again they to fail to respond or reply to my company request to stop infringing my company intellectual property and in every attempt I tried to get them to stop stealing my company intellectual property and engaging in racketeering. But they refused to adhere to my company request and warning of the criminal and civil actions that could be involved.

**20.\***

Nike ended up with my company swimsuit design on their swimsuit at the 2016 Olympic Trails and Olympic Games. I have no idea how Nike ended up with my company design. I enter the design as evidence in me and company lawsuit filed in United States Of America Southern District Court. Me and company position someone was tampering with evidence in that federal location and by Nike exploiting my design at the 2016 Olympic Trails and Olympic Games this prove Nike was utilizing someone inside of the government to track to my company design concept. I complained to the court with the filed evidence and to Nike in a letter I sent to all of the defendants concerning my company design being stolen out federal court. Just like those **"Writing On The Butt"** and **"Hard Times Raggedy Jeans"** design my company swimsuit was stolen out of the same federal court and funnel to Nike. Who place the designs on teams at 2016 Olympic Trails and Games. I informed them of this in letter to their company representative. As

6

of today Nike continue to aggressively market, manufactured, distribute, and retail my company design concept without providing me and company any type of just compensation.

21.

As of today  at the filing of this lawsuit the NFL continue to televised my company design concept some 1 year later without acknowledge the design they are sporting on league is the intellectual property of Arts & Artists Inc., Totally Unlimited Production, and Just Living Fashion Company created out of Arts & Artists Inc. product development division. Each company continue to aggressive market, retail, distributed, advertise, and manufacture my company product design with offering my company any compensation for it creative contribution to company. Wal-Mart is also another who keep continue to aggressively market my product design without offering my company any type of compensation. Wal-Mart even began market in on type of women undergarment with company swimsuit design that was file as evidence in United States of America Southern District Court of Texas which prove evidence tampering exist in their Clerk of Court office. Wal-Mart continues to push their No Boundaries Brand and other Wal-Mart Brand without just compensation me and my company.

22.*

Even though I suspect the Navy, Army, or government under Military Martial Law was spying on me and my company via my Yahoo email account and internet communication and that I had my original Facebook Page Account. I noticed in the early development of company design Adidas Brand name was burnt in digitally into blank white jump suit that procure off the internet public domain images. I collect the images and they were left in the draft section of my email account. The Adidas brand name digitally branded and digitally burnt into the white jumpsuit. Then I placed my design concept 7X over top it and it happened once again. Their brand was burnt into the white jumpsuit. I suspect the Navy, Army, under Military Martial Law continue to harass me or the FBI continue to harass my company under it Civil Right Movement Cointelpro daily spying program. These entire European sport brand were obsolete brands in America sport wear apparel. Including Nike sport brands that mainly focus on Nike a sport footwear and the Michael Jordan shoe brand. These companies began flooding the market with company design concept and as I advised every company legal department in December 1, 2015 letter.

23.*

Also on me and my company Facebook Page I had created a Facebook Intellectual Property Theft File which is apart the evidence I filed in court. It was delete from me and my company Facebook Page. However, the evidence to this case has already been file in evidence package in the #4:15-CV-03576 Anthony Henderson, Arts & Artists Inc. vs. Harris County Criminal Court System and Harris Company Family Court System in which me and company await the scheduling of meditation hearing and default hearing. As the government continue to harass my company,  while exploiting, engage in profiteering, wealth generation, and the violations of my personal and company property rights under Military Martial Law or the FBI Cointerelpro program has shared my company design all over the world as stated in my company letter to all these American and European corporations. However, every company use the same tactics, no matter under Military Martial Law or the **FBI Cointerelpro** every company is guilty independent corporation and business enterprise separated from the government. They all engaged in copyright infringement, intellectual property, conspiracy and racketeering by

undercutting my business with the manufacturing, distributing, marketing, and retailing of company design without compensating my artist an entertainment production management company and product development corporation which me and company will prove all defendants are guilty with the ponderous of evidence in court upon trail.

24.*

As of today X-Box video games is presently exploiting my design in their video games market as some king method of creating your own sport uniform. With engraved in animated designs of the NFL and the NBA giving the game player the options of creating their sport uniform designs. With my company concept and with their emblems in the original location were all my company design were placed and posted on my Facebook May 2, 2015 some 5 to 6 months. All these companies started aggressive marketing me and my company design concept without copyright licensing agreement ever being place which was apart Facebook advertisement on May 2, 2015. Every company and all of the defendants done same thing. The marketing my of company design concept and intellectual property without a copyright licensing agreement ever being put in place. I advised every company legal department and every company C.E.O, and Sport League Commissioner of the same thing, sent them by regular mail, faxes, and email. I and my company sent them sample copyright licensing agreement for their review. However, not one company complied with copyright licensing agreement notification and every company is guilty of these 4 civil and criminal charges, copyright infringement, intellectual property theft, conspiracy, and racketeering no matter,  if these companies were being managed under Military Martial Law employees or not.

25.*

It their responsibility to manage the corporation as private enterprise under the law of **RICO** and racketeering laws which the letter I sent every company stated. Under **RICO** and Racketeering civil and criminal statues and  me and my company can request **TRIPLE THE DAMGES** as me and my company advised every company C.E.O., Sport Commissioner, Jack Scheter, Trevor Edward the global President of Nike. Nike C.E.O was advised the long basketball short were designed by 2 young black brothers in their garage and they asked Norman Nixon a former Los Angeles Laker Player to wear them in one basketball game. Bally Brother Sports Wear seen only one pair and bought the design from these 2 brothers for $10 Million. My company designs are new copyright and intellectual property variation of their design. However, these 2 brothers were compensated for their design, when none of these companies would the do as Bally done some 20 years old.

26.*

It is very apparent these corporations heads engaged in their form economic racial discrimination and racism. Even though many their sport figures and I came from the same socioeconomic backgrounds, and the only different between them I, the company founder, and C.E.O. my company is a theatrical production management company, an entertainment management production company with a product development division. That have yet to be of compensated for the Billions of Dollars Hip-Hop Fashion designs in the international market place via this government conspiracy against my company. However, many of these black sport figure and athletes are wearing my company design concepts on their football fields, the basketball courts, their soccer fields, their college and high school sporting events, and retailing my product designs in their stores all over the globe by many of the entertainment monopolies. These sport

figures and entertainers have tattoos all over their bodies. I am left wonder what wrong with my black and isn't my black the same as their black and what's the different between my black skin and their black skin. Accept I bring a consciousness product to market that these major White majority companies owned. However, they wanted to deliver and express their brand message rather than what original design concept message of Reparation that had higher level of Black Consciousness. In which my company did not have any problem with as long they had compensated my company for the work which they refuse to do.  They are rich and Black athletes and sport figures while the government has attempted to keep me a poor black conscious artist with a product development corporation with their certain type of Black economic successful people, racist ideology, and what is Black philosophy which is nothing but their form of racism using their company marketing and art department that appears to suffer from a racist creative jealous envy. These corporations wanted the work but they didn't wanted to pay for the work and preferred engaging in intellectual property theft, copyright infringement, conspiracy, and racketeering instead.

27.*

These corporate leaders only continue as of today to aggravate me and my company with their racist no show and no call technique and methods. While their companies economic benefits from my company design while financial harming the original designer of the product. My company I suspect has been continually digitally harass and I suspect under the Navy, the Army and **FBI Cointelpro Program**. Who I have proven has engaged in espionage and sabotage of my company for only one reason. Because I am small 100% black owned entertainment production management corporation and since 2001 for some 16 years I have been harassed by this local government. The letters in the evidence packages can prove this before the court. However, this government conspiracy may have spread to these private enterprises and businesses. It remains their company corporate leadership responsibility to stay within the boundary of the law. In which all the corporations refuse to do for whatever reason. So therefore every defendant is guilty of copyright infringement, intellectual property theft, conspiracy, racketeering, malice and malicious intent for not obtaining a good faith agreement with me and my company. Me and my company as the record will show in every letter tried with every attempt to avoid this lawsuit, however, the management of these corporation did not.

28.

Me and my company is force file this 30 Million Dollars racketeering suit per defendant under the 5th Amendment of the United States of America Constitution and **RICO** civil law. Even if these companies were under Military Corporation Management every company should have stay within the boundaries of state and federal law. These companies refuse do as they engaged in white collar crime against me and my company in attempt to exploit my company designs and entertainment products by shuffling the wealth from me and company designs. At the same time not compensating my company for the labor of it design concept which is under 13th Amendment of the United States of America Constitution. If the United States of America government Army, Navy, or Military Corporation would have simply compensated my company like any other government veneer, or contractors from the beginning. They could bought me and company out with the $10 Million Copyright Licensing Agreement rather than engaging in some type military fraternity racist prank-racist mission on my company and the United States of America government.

29.*

However, under Military Martial Law, this is a pattern racketeering was cause by military driven employee operation that was the management of the company. They did nothing but corrupt the civilian driven corporate economic system and the civilian government system at every level of corporate America and every level of the government system. Including the United States of America Southern District Court of Texas as the evidence that was filed in the federal court system as with my company **"Writing On Butt"** and **"Hard Times Raggedy Jeans** design" that was funnel to major garment manufacturer once the evidence hit the court. Me and company can prove someone in the United States Of America Southern District Court of Texas was funneling my company design to corporation like Nike. Whereas, my company swimsuit design ended up Nike Swimwear during the 2016 Olympic Trails and Olympic 2016  when the design was placed in one location the United States of America Southern District Court. It is very apparent that this federal court system suffers from political corruption likewise these companies that represent modern Corporate America under Military Marital Law and I the plaintiff can prove before this court since 2003 tampering accord in this federal court district. All design were include in my company Master Plan and apart of the Just Living Da Play and Movie Promotions.

30.*

Every company by my company evidence proves that all these companies are guilty of copyright infringement, which under federal law is **5 year imprisonment**, intellectual property theft, conspiracy and racketeering by undercutting my company under federal is **20 years per charge** when found guilty. All these white collar crimes were well televised, well marketed, well manufactured, well advertise, well distribute all across the United States of America and global. However, as I stated in my company letter to these companies without just compensation me and my company. While racked in Billion and leaving me and my Black Disadvantage Corporation nothing but more and more civil ligation. These corporate leaders are criminals and the only different between them in street thugs, a street gangs, they rob innocent people and business with the White Collar method of holding them up with a pencil, a pen, a piece, and a computer and not with a gun. These corporation leaders are nothing less than corporate thugs, and criminal who wear a great looking business suit. If these corporations were under military leadership under Military Martial Law which cannot be nothing less but unconstitutional for a private American corporation daily operation to be manage by a military form of government. They only spread corruption worst under their leadership to the grass root level because they would not respect nor honor the federal and state laws and guideline which govern the government and Corporate America. How can they be the one we trust with upholding the law when they are the ones violating the law.

31.*

Even if they were under the advisement of the **FBI Cointelpro program** they broke the law, they violated copyright infringement laws over and over again, they violated intellectual property theft law over and over again, they violated conspiracy charges over and over again, and they violated racketeering charges over and over and would not adhere any type of legal advisement. Therefore, they neglected to protect the best interest of these corporations and violated the corporate private property right guarantee to under the 5th Amendment of the United States of America. They daily harass me and my company, surround me with their spies like it was type devil-worshiping ritual to daily harass me and my company.  This devil worshiping cult and began a part of the government as a part of their military training. This religious cult is not

fiction is true fact they do exist in America culture.  While Nike brand has plastered on everything that move, using my company design concept, and pushing on the market my company Hoodie design, which was never had been market by Nike. Me and my company have nearly became defend less to defend my company works of art against these arts thieves and intellectual property thieves. The government, the FBI, and America law enforcement agency should launch criminal investigation, charge the people with the crime they committed, and they should persecuted with severity of the law. These people are in engage in some of spiritual and economic warfare against me and my company the American government.

32.*

 I was bless to be a multi-talent Black Heterosexual male artist, who is multi-talent, who honestly attempting to create diverse 100% Black Owned Entertainment company with a theatrical production company and entertainment production management company as the lead company Arts & Artists Inc. with a Record Company Division, A Financial Service Division, A Land Development Division and a Product Development Division. My company is small Black Disadvantage Company which is a David compared to these Goliath of companies and sports leagues and have no other option accept to sale my products via the internet and Facebook in an attempt to pull myself out of poverty by the bootstrap. Since 2001 these conspirators kept stealing my company bootstrap constantly adding more personal inconvenience of poverty while their corporation massing Billions of dollars off my company product design concepts. My company specialize in marketing I am a marketing specialist who company focus is High Quality Black Fine Arts and traditional Black Theatre and Black Contemporary Arts, I am playwright, as well as movie screenwriter, a songwriter-lyricist, fashion designer who products development company create product with mass appeal to the mainstream market place as well as products, arts, and entertainment designs for the Black community demographics.

33.*

Even if these corporations leaders were under the influence of the **FBI Cointelpro Program Agent**s these corporations, even under Military Martial Law had the responsibility and obligation to keep their companies within the boundaries of the law. In they which did not respect nor honor my individual and corporate property rights by refusing to honor and respect copyright laws, intellectual property theft laws, conspiracy, and racketeering laws even when company advised them of the criminality. Also I advised in letters to their legal department they were self incriminating their corporation by continue this criminal activity against my company. Therefore the FBI have a judicial and law enforcement responsibility and obligation to charge all parties and individuals engage in this conspiracy of sabotage and espionage which have financially damage my company. These actions of copyright infringement, intellectual property theft, conspiracy, and racketeering must be respect by America and International companies and corporation leadership should be civilly and criminally punished, even under Military Marital Law because action were against the law.  During the 1960 Civil Right Movement this same FBI program identified this same band of Black political religious leader as political genius who participate in sexual deviant behavior according to the FBI files. Alpha Phi Alpha Fraternity in 2001 had 350,000 members in 7 nations all over the world and many of these same Black political religious leader are leader of  National Baptist Convention of America and U.S.A. who has nearly 6 Million members. Today their mission is to use their membership at grass root level to stifle Black America Economy in their attempt control Black America wealth, its leadership, and Black America economy nationally and here in Houston, TX.

# Racketeering and RICO Cases and Definitions

RICO stands for the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1961), a law that increases the severity of penalties for crimes performed in conjunction with organized crime. The law states that any person or group who commits any two out of a list of 35 crimes (known as *racketeering activity* in the U.S. Code) within a decade and can be determined to have committed them with similar results or similar intentions can be charged with racketeering.

The maximum penalties for racketeering include a fine of up to $25,000 and up to 20 years in prison in addition to the forfeiture of all business interests and gains gleaned from the criminal activity. In addition, the case can be re-tried in civil court; plaintiffs are allowed to sue for triple damages. The law covers crimes such as bribery, extortion, money laundering, counterfeiting, gambling, murder, arson, robbery, kidnapping, harboring certain illegal aliens, obstruction of justice, slavery and others.

Penalties and Sentences Any person convicted of engaging in unlawful racketeering activity is guilty of a felony of the first degree. The maximum penalty for conviction of such felony is a sentence of up to 30 years in prison. Under normal circumstances, the court may also impose a fine of up to $10,000.

## Activity Targeted by RICO

Under RICO, it is a federal crime to do any of the following:

- use money earned from racketeering activity or from the collection of an unlawful debt to acquire, establish, or operate any enterprise (business or organization) that affects interstate commerce
- acquire or maintain an interest in any enterprise through racketeering activity
- conduct the legal or illegal affairs of a business or organization through racketeering activity, or
- conspire to do any of the above.

To successfully prosecute a defendant, federal prosecutors must prove to the jury all of the following:

- **A pattern of racketeering**. For example, if members of a street gang were engaged in drug sales and also bought guns illegally and beat up people to protect their turf from other drug dealers, that would probably be considered a pattern of racketeering.

- **A criminal enterprise.** In order for the gang to be considered a criminal enterprise, some gang members must work together over time and one person or a group of people must have the ability to make decisions for the group as a whole, and

- **An effect on interstate commerce**.

The sections below explain these elements of a RICO prosecution in more detail.

# Pattern of Racketeering

RICO targets a group's multiple instances of criminal wrongdoing. The underlying crimes that make up a racketeering charge are known as "predicate crimes." In a RICO prosecution, the government must prove that the defendant(s) committed two or more predicate crimes within the past ten years, not including any period of imprisonment.

## What is a "pattern?"

In order for a pattern to exist, the predicate acts must be related and show that the defendant(s) did not merely commit one crime, but participated in ongoing criminal activity. For example, one bank robbery, even if committed by a group of robbers, does not show a pattern. Several bank robberies over a period of months by the same people, using the same method, does show a pattern.

Whether a *pattern* of illegality exists (and not simply unrelated, separate crimes) will depend on the number and variety of acts, the length of time at issue, the number of victims and perpetrators, and the nature, complexity, and number of schemes. The acts can be simultaneous and can have one victim or many, but several acts that further one criminal scheme do not constitute a pattern.

For example, two attempts to extort money will be a pattern; one attempt to bribe an official and a successful act of bribery will be a pattern; but one completed act of

murder, even if there were several attempts leading up to it, will constitute only one act and not likely be a pattern.

## Predicate crimes

The list of predicate crimes is long and broad. It includes everything from violent crimes such as murder, kidnapping, and robbery; to drug crimes, gambling, bribery, mail fraud, money laundering, forgery, and embezzlement.

# Criminal Enterprise

Under RICO, a criminal enterprise may be a distinct legal entity (such as a corporation, partnership, or a union) or merely a group of individuals associated in fact (working together informally), such as a criminal gang.

To constitute a criminal enterprise, the group must:

- be an ongoing organization that functions as a unit
- have a common purpose, and
- exist separate and apart from the members' criminal activity.

The enterprise's purpose may be valid and legal, or it may only have an illegal purpose.

For example, two criminals who came together one time to commit a kidnapping would not be considered a criminal enterprise. However, an association of businesspeople that met regularly and worked together for many years to among other things, bribe several public officials in order to receive favorable city contracts, would probably be considered a criminal enterprise.

## Operation or management

The prosecutor must also prove that the defendant participated in the operation or management of the enterprise. Prosecutors do this by showing that a defendant had some level of control over the criminal enterprise. Even a defendant who merely carried out orders, such as a mid-level drug dealer in a cartel, can be shown to have had control as long as the defendant acted with some discretion (decision making power), such as by setting prices.

# Interstate Commerce

In order to be prosecuted under the federal law, RICO violations must involve or have some impact on interstate commerce. Most of the time, any enterprise that has a large economic effect, or that moves substantial amounts of money, goods, or people from one state to another, will meet this requirement.

# Punishment for Racketeering

Each count of racketeering is punishable by up to 20 years' imprisonment. Racketeering is punishable by life imprisonment if the predicate crime is punishable by life imprisonment. The court can also impose a fine of up to twice the defendant's illegal profits.

RICO also permits forfeiture of any assets earned or maintained through racketeering. This means that the government obtains legal title to the assets. For example, property such as land, cars, and equipment owned by a criminal enterprise can become the property of the federal government after a civil forfeiture proceeding.

# *Civil Suits

In addition to criminal prosecutions, RICO also permits civil suits by private citizens (plaintiffs) who have suffered financial harm, whether harm to their business or damage to their property, because of racketeering.

For example, a private nightclub owner whose business was being undercut by a competitor who engaged in illegal businesses, such as gambling and prostitution, could sue for damages.

## Civil lawsuit requirements

In a federal civil lawsuit that asks for money damages due to a RICO violation, the plaintiff must prove the same things that the federal prosecutor must prove in a criminal trial, namely:

- a pattern of racketeering
- by a criminal enterprise, with

- some impact on interstate commerce.

In addition, the civil plaintiff must prove that the RICO violation caused injury to the plaintiff, in the form of economic harm. The link between the violation and the injury cannot be too remote or indirect.

## Civil remedies

If the plaintiff can prove a RICO violation and resulting injury, the federal court can order the defendant to:

- pay treble (triple) damages to the plaintiff
- pay the plaintiff's attorneys fees, and
- stop engaging in certain activities or businesses.

A court can also dissolve an organization (called equitable relief). For example, the court could order the defendant to dissolve a corporation that engaged in mail fraud.

**Intellectual property theft involves robbing people or companies of their ideas, inventions, and creative expressions—known as "intellectual property"—which can include everything from trade secrets and proprietary products and parts to movies, music, and software.**

**The Crime**
Stealing intellectual property is cheap and easy. All a thief has to do is copy someone else's ideas or product. The other person or company—the victim—has done all the work, but thieves can reap huge profits. Intellectual property theft can cost people their jobs, damage the reputation of the original maker of the counterfeited product, cause sickness and bodily harm, deprive governments of desperately needed tax revenue, and even result in the spread of organized crime and gangs—which in turn can damage more lives and destroy neighborhoods. It isn't a victimless crime.

## 1852. Copyright Infringement -- Penalties -- 17 U.S.C. 506(a) And 18 U.S.C 2319

Penalties to be applied in cases of criminal copyright infringement (i.e., violations of 17 U.S.C. § 506(a)), are set forth at 18 U.S.C. § 2319. Congress has increased these penalties substantially in recent years, and has broadened the scope of behaviors to which they can apply. *See* this Manual at 1847. Statutory penalties are found at 18 U.S.C. § 2319. A defendant, convicted for the first time of violating 17 U.S.C. § 506(a) by the unauthorized reproduction or distribution, during any 180-day period, of at least 10 copies or phonorecords, or 1 or more copyrighted works, with a retail value of more than

$2,500 can be imprisoned for up to 5 years and fined up to $250,000, or both. 18 U.S.C. §§ 2319(b), 3571(b)(3).

In **criminal** law, a **conspiracy** is an agreement between two or more persons to commit a **crime** at some time in the future. **Criminal** law in some countries or for some **conspiracies** may require that at least one overt act must also have been undertaken in furtherance of that agreement, to constitute an offense.
**An agreement between two or more persons to engage jointly in an unlawful or criminal act, or an act that is innocent in itself but becomes unlawful when done by the combination of actors. ... It is similar to solicitation in that both crimes are committed by manifesting an intent to engage in a criminal act.**

**Fifth Amendment**

**No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself; nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.**

## Article XIII (Amendment 13 - Slavery and Involuntary Servitude)

Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. Nike C.E.O. Mark Parker

1.  Racketeering                                           $30,000,000.00
2.  Copyright Infringement
3.  Intellectual Property Theft
4.  Conspiracy
5.  Concept Product Development Fraud
6.  Libel
7.  Malicious Intent
8.  Malice
9.  Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                             $30,000,000.00

Nike C.E.O. Mark Parker
1SW Bowerman Dr.
Beaverton, Oregon, 97005
Tel: 503-671-645: Fax: 503-671-6300

18

ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. NFL Commissioner Roger Goodell

1.  Racketeering                                             $30,000,000.00
2.  Copyright Infringement
3.  Intellectual Property Theft
4.  Conspiracy
5.  Concept Product Development Fraud
6.  Libel
7.  Malicious Intent
8.  Malice
9.  Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                               $30,000,000.00

NFL
C/O Commissioner Roger Goodell
345 Park Avenue
New York, NY. 10154
Tel: 212-293-3050  Fax Letter: 1-212-681-7599

ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. NBA Commissioner Adam Silver

1.  Racketeering                                                    $30,000,000.00
2.  Copyright Infringement
3.  Intellectual Property Theft
4.  Conspiracy
5.  Concept Product Development Fraud
6.  Libel
7.  Malicious Intent
8.  Malice
9.  Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                                      $30,000,000.00

**NBA**
C/O Commissioner Adam Silver
645 5th Avenue Fl 19th
New York, NY. 10022
Tel: 212-407-8000  Fax Letter: 1-212-646-4162

ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. NCAA President Mark Emmert

1.  Racketeering                                                          $30,000,000.00
2.  Copyright Infringement
3.  Intellectual Property Theft
4.  Conspiracy
5.  Concept Product Development Fraud
6.  Libel
7.  Malicious Intent
8.  Malice
9.  Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                                            $30,000,000.00

Fax Letter: 1-317-917-6860
NCCA
C/O President Mark Emmert
1 Dupont Circle N.W.
District of Columbia 20036
Tel: 212-671-6453  317-917-6222 Fax: 317-917-6888

ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. MSL Commissioner Don Garber

1. Racketeering                                              $30,000,000.00
2. Copyright Infringement
3. Intellectual Property Theft
4. Conspiracy
5. Concept Product Development Fraud
6. Libel
7. Malicious Intent
8. Malice
9. Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                               $30,000,000.00

MSL

Commissioner Don Garber

420 5th Avenue 7th Floor

New York, NY. 10018

Tel: 1-877-4 .3 2121  212-450-1200 Fax: 212- 450-1332

ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. Adidas C.E.O. Mark King

1.  Racketeering                                                    $30,000,000.00
2.  Copyright Infringement
3.  Intellectual Property Theft
4.  Conspiracy
5.  Concept Product Development Fraud
6.  Libel
7.  Malicious Intent
8.  Malice
9.  Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                                      $30,000,000.00

ADIDAS AMERICA Adidas Village
C/O C.E.O. Mark King
5055 N. Greely Avenue
Portland, OR. 97127
Tel: 917-234-2300  Fax Letter: 1-971-234-2450

ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. Wal-Mart C.E.O. Doug McMillion

1.  Racketeering                                        $30,000,000.00
2.  Copyright Infringement
3.  Intellectual Property Theft
4.  Conspiracy
5.  Concept Product Development Fraud
6.  Libel
7.  Malicious Intent
8.  Malice
9.  Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                           $30,000,000.00

Fax Letter: 1-912-443-1222
Wal-Mart Corporate HQ
C/O C.E.O. Doug McMillion
702 S.W. 8th Street
Benton, Arkansas 72716-8611

### ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. Family Dollar C.E.O. Jerry Shaw

1. Racketeering                                    $30,000,000.00
2. Copyright Infringement
3. Intellectual Property Theft
4. Conspiracy
5. Concept Product Development Fraud
6. Libel
7. Malicious Intent
8. Malice
9. Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                      $30,000,000.00

Family Dollars-Just Be Clothing
C/O C.E.O. Jerry Shaw
10401 Monroe Rd.
Matthews, NC. 28105
Tel: 704-847-6961

## ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. Citi-Trend C.E.O. Ed Anderson

| | | |
|---|---|---|
| 1. | Racketeering | $30,000,000.00 |
| 2. | Copyright Infringement | |
| 3. | Intellectual Property Theft | |
| 4. | Conspiracy | |
| 5. | Concept Product Development Fraud | |
| 6. | Libel | |
| 7. | Malicious Intent | |
| 8. | Malice | |
| 9. | Mental Anguish | |
| 10. | Present Mental Anguish | |
| 11. | Past Mental Anguish | |
| 12. | Past, Present and Future Mental Anguish | |
| 13. | Pain and Suffering | |
| 14. | Present Pain and Suffering | |
| 15. | Past Pain and Suffering | |
| 16. | Future Pain and Suffering | |
| 17. | Past, Present, and Future Pain and Suffering | |
| 18. | Neglect | |
| 19. | Inconvenience | |

Total Charges                                        $30,000,000.00

CITI TREND
C/O C.E.O. Ed Anderson
104 Coleman Blvd.
Savannah, Ga. 31408-9596
Tel: 912-236-1561

ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. AND 1 C.E.O. Jay Coen Gilbert

1.  Racketeering                                                    $30,000,000.00
2.  Copyright Infringement
3.  Intellectual Property Theft
4.  Conspiracy
5.  Concept Product Development Fraud
6.  Libel
7.  Malicious Intent
8.  Malice
9.  Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                                      $30,000,000.00

Fax Letter: 1-503-644-4806
AND 1 C/O C.E.O. Jay Coen Gilbert
1407 Broadway 38th Floor
New York, NY.  10038

## ITEMIZE CIVIL AND CRIMINAL CHARGES
### Anthony Henderson & Arts & Artists vs. Under Amour C.E.O. Kevin A. Plank

1. Racketeering                                           $30,000,000.00
2. Copyright Infringement
3. Intellectual Property Theft
4. Conspiracy
5. Concept Product Development Fraud
6. Libel
7. Malicious Intent
8. Malice
9. Mental Anguish
10. Present Mental Anguish
11. Past Mental Anguish
12. Past, Present and Future Mental Anguish
13. Pain and Suffering
14. Present Pain and Suffering
15. Past Pain and Suffering
16. Future Pain and Suffering
17. Past, Present, and Future Pain and Suffering
18. Neglect
19. Inconvenience

Total Charges                                             $30,000,000.00

Fax Letter: 1-410-454-6335
UNDER AMOUR
C/O C.E.O.  Kevin A. Plank
1020 Hull 3rd Floor
Baltimore, MD.  21230

28

## ITEMIZE CIVIL AND CRIMINAL CHARGES
Anthony Henderson & Arts & Artists vs. Citi-Trend C.E.O. Ed Anderson

|   |   |   |
|---|---|---|
| 1. | Racketeering | $30,000,000.00 |
| 2. | Copyright Infringement | |
| 3. | Intellectual Property Theft | |
| 4. | Conspiracy | |
| 5. | Concept Product Development Fraud | |
| 6. | Libel | |
| 7. | Malicious Intent | |
| 8. | Malice | |
| 9. | Mental Anguish | |
| 10. | Present Mental Anguish | |
| 11. | Past Mental Anguish | |
| 12. | Past, Present and Future Mental Anguish | |
| 13. | Pain and Suffering | |
| 14. | Present Pain and Suffering | |
| 15. | Past Pain and Suffering | |
| 16. | Future Pain and Suffering | |
| 17. | Past, Present, and Future Pain and Suffering | |
| 18. | Neglect | |
| 19. | Inconvenience | |

Total Charges                                                    $30,000,000.00

Fax Letter: 1-912-443-1222
CITI TREND
C/O C.E.O. Ed Anderson
104 Coleman Blvd.
Savannah, Ga. 31408-9596

34.

Because of my poverty and because could not find any legal representation I pray the court will allow me to file this petition and lawsuit In Pro Propria Persona. Wherefore, the plaintiff pray that court grant this lawsuit and rule in the favor of the plaintiff against each defendant with all prejudice in the amount of $30 Million Dollars per defendant for Copyright Infringement, Intellectual Property Theft, Conspiracy, Racketerring, Civil Rights, Consitutional Rights, and Human Rights violation, damges, puntiative damage for corporate conspiracy, corporate sabotage, corporate espionage and lossess for the plaintiff company Arts & Artists Inc.  and C.E.O Anthony Henderson  who has suffered these civil and criminal charges  _10th_ day of _January___ 2017.

**ANTHONY HENDERSON PRO SE**

SIGNED on   __January 10, 2017_____.

SUBSCRIBED AND SWORN TO before on  __January 10_____, 2017

DAVID J. BRADLEY Clerk
**UNITED STATES DISTRICT CLERK**

By:_____
**Deputy United States Clerk of Court**

_____:

**ANTHONY HENDERSON  PRO SE**
**3607 Nimock**
**Shreveport, La. 71108**
**Cell: 832-815-7006 Phone: 318-631-8707**

## UNITED STATES OF AMERICA SOUTERN DISTRICT COURT OF TEXAS

**JURY TRAIL**

ANTHONY HENDERSON                    CASE NO: _____

ARTS & ARTISTS INC.

VS.

NIKE, NFL, NBA, FAMILY DOLLARS

ADIDAS, UNDER AMOUR, CITI-TREND

WAL-MART, NCAA, AND 1, MSL


## CERTIFICATE OF SERVICE


I hereby certify that true and correct copy of the above  **ANTHONY HENDERSON AND ARTS & ARTISTS INC.**  in the case of Anthony Henderson and Arts & Artists Inc. vs. Nike, NFL, NBA, Under Amour, Citi-Trend, Wal-Mart, NCAA, And 1,  and Family Dollars. A letter thereon was sent by regular mail on 10TH__ day _January___, 2017.

Respectively Submitted By:

**Anthony Henderson Pro Se**
3607 Ninock
Shreveport, La. 71109
Cell: 832-815-7006 Phone: 318-631-8707


Nike C.E.O. Mark Parker                    NFL Commissioner  Roger Goodell

1SW Bowerman Dr.                           345 Park Avenue

Beaverton, Oregon,  97005                  New York, NY. 10154

Tel: 503-671-6453 Fax: 503-671-6300        Tel: 212-293-3050 Fax: 212-681-7599


NBA Commissioner Adam Silvers              NCAA President Mark Emmert

645 5th Avenue Fl 19th                     1 Dupont Circle N.W.

New York, NY. 10022                        District of Columbia, 20036

Tel: 212-407-8000 Fax: 212-646-4162        Tel: 212-671-6453 Fax: 317-917-6222

                                           317-917-6888

1

MSL Commissioner Don Garber
402 5th Avenue 7th Floor
New York, NY. 10018
Tel: 1-877-443-2121 Fax :212-450-1200

Wal-Mart Corporate HQ
C.E.O. Doug McMillion
702 S.W. 8th Street
Benton, Arkansas, 72716
Tel: 1-800-925-6278 Fax: 912-443-1222

CITI-TREND
C/O C.E.O. Ed Anderson
104 Coleman
Savannah, Ga. 31408-9596
Tel: 912-236-1561

Adidas America Adidas Village C.E.O. Mark King
5055 N. Greely Avenue
Portland, OR. 97127
Tel: 917-234-2300 Fax: 917-234-2450

Family Dollars-Just Be Clothing
C.E.O. Jerry Shaw
10401 Monroe
Matthew, NC. 28105
Tel: 704-847-6961

And 1
C/O C.E.O. Jay Coen Gilbert
1407 Broadway 38th
New York, NY. 10038
 Tel: 1-866-866-1232 Fax: 503-644-4806

2