United States District Court
Southern District of Texas
**ENTERED**
June 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY HENDERSON and ARTS & ARTISTS INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-0100 |
| NIKE, et al., | § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Order of Dismissal, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 2nd day of June, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE